# UNITED STATES DISTRICT COURT
### District of Minnesota

LYDIA F. GUISE

Plaintiff,

v.

ALLINA HEALTH SYSTEM and
HEALTHEAST CARE SYSTEM, *c/o Woodwinds Health Campus and St. Joseph's Hospital*

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-3175-JRT-JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Guise's claims are **DISMISSED without prejudice**.

2. Guise's Application to Proceed without Prepaying Fees or Costs [Docket No. 2] is **DENIED as moot**.

Date: February 3, 2016

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)    L. Brennan, Deputy Clerk